IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE JENKINS, JR.,

        Petitioner,                    No. 2:11-cv-2031 GEB KJN P

    vs.

RICK HILL, Warden,

        Respondent.               ORDER

_____/

        Petitioner is proceeding without counsel. On October 7, 2011, respondent filed a motion to dismiss. In the motion to dismiss, respondent refers to petitioner's 2010 parole hearing; however, no transcript or decision from the 2010 parole hearing has been filed with the court.

        In his opposition to the motion to dismiss, petitioner refers to Exhibits C and D to the petition. However, the petition filed in this action consists of eight pages: a six page petition, a certificate of service, and a copy of the June 8, 2011 denial issued by the California Supreme Court. It is unclear whether respondent's copy of the petition contained Exhibits C and D, or a copy of the 2010 parole hearing transcript and decision.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order, respondent shall file a copy of petitioner's 2010 parole hearing transcript, including the decision rendered.

2. Within fourteen days from the date of this order, petitioner shall file a copy of the exhibits referenced in his opposition.

DATED: November 2, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jenk2031.fb